Print Form

1  Name: Barbaraellen Wilson
2  Address: homeless sdhc state ny sec 8 mailing add 3725 30th St San diego 92104
3  Telephone Phone: 619-414-2348
4  Email:
5  barbaraellenwilson500@gm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
Oct 16 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ GloriaVocal  DEPUTY

Barbaraellen Wilson & my Daughter Amanda Saulnier Wilson,
                             Plaintiff(s).

v.

The Down Town Law Library,
                             Defendant(s).

Case No.: **'23CV1891 DMS MSB**
(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

  a.  Do you have other Civil Case(s) in this or any other federal court?
      ☑ Yes    ☐ No

  b.  If yes, please list the case numbers here: I'm in the middle of a felony in Kansas city Ks against the dr's state mainly Lyon & Johnson County

II.  **STATEMENT OF CLAIM** (Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.) (very long & deep story) I will start my statement on page one 1 of my "Statement"

① One of Six
1 of 6

1  **III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2  *Do not use this space to state the facts of your claim.)*
3  I and my 33 year old Daughter
4  + 4 Grandchildren are asking
5  + Pleading despretly to please
6  allow me back in the Law
7  Library to finish my claims
8  <u>all</u>
9
10  I am right now + have been for
11  27 years have been fighting for
12  my Daughters Amayla + 4
13  Grandchildrens Life... But
14  in + on this Day I am filing
15  in the Kansas City, KS Federal
16  Dist. court that Jeff the clerk
17  has emailed me last week
18  all the forms... ect. to file
19  against east K.s Miami, Lyons
20  Lynn, & Johnson Counties
21  including the DCF & the
22  whole State have been
23  harassing, gang stalking, mind Bary
24  Fucking, threatening not life +
25  her children's life, human
26  trafficking her & 2 oldest children
27  + some for 8 years + She &I
28  have been Tortured for 27
   years from N.H. Ca. & K.S.

There was, always have been & it will continue until I stop this.. Conspiracy up the wall.. In Nov 2021 In Lyon County Emporia KS my daughter was arrested for Driving Infractions. Let me Express she was a Nurse & above the Normal I.Q. & now she is so Disabled.. Its So Sad & Bad she is very not compadent Because of the Justice System & they are all responcible, They Raped & Beat her, a few of the Sheriffs Officers & Plain Clothes Officers for 3 days, when they released her She had no idea of who or what she was or going on. She Lisle's called me! & one look at her I Screamed! & cryed (I was at Trolley Station & she could not talk function & her mouth was wide open in fucking shock we got disconnected I ran to Amtrack to get ticket

to go get her & he hell out of there (now at this point I still had no idea what happened but it I knew was very bad like always) then I kept getting calls from strangers. She only remembered me & my # . They was. She finely told me when I got to LA that we & I tryed 5x & those le mor to sneak her out per & Taylors 4, & ... So I told & called everyone in that court county & everyone just tryed to cover everything up including the Judge told me!?" to stay out of it I went in to shock! & every thought & think it was & is a joke! the chief Judge sent me a letter telling me I am no longer to help my Disabled Victom ized Daughter & be involved in this case & to not have

1  anything about this or any case
2  Amanda was just picked
3  up again just like that for
4  no reason & brought (this
5  is there made) all jails, County
6  will take her
7  picking her up Patsy charge
8  Every thing out on et 24/7
9  well last wk other get
10 her then Lyon County
11 from other jail I don't
12 know they threatened her
13 Templates her
14 pralation they made her
15 plead on those false charges
16 & threatened hers & Taylor's
17 Baby Alexis life to do on
18 probation + to also say
19 that they never touched
20 her & for ML not to be
21 involved or to know
22 anything! last wk I
23 seen her 2 Broken pitchers
24 on one while still + she 3/c
25 on another (I have copies)
26 Lyon County Jail took 2
27 pictures that her) then
28 they Raped, Beat, threw

her in Shower & Cut all her hair off! & She was Suicidal & has been a Cutter when she was & So I called the Book Everyone to check up on her please been filing against the state now. She has court wed Amanda Saulnier Wilson 2/16/1990, & I originally was filing against N.H. Ca. & LA all together at the U.S. Fedral Court of Claims in D.C. But I need to Save my Daughter & 2 Granddaughters Life (now!) + (Its realy Bad & Deep) & we are together out of Here... & the Law Library Knows Every thing all the time. I have been going to the Law Library for 7 years in week in SD.

& there is a lot of Sabotage... et & conflict of interest from the whole Hall of Justice including the clerks & the Sherriffs Department. I have proved all my claims & accusations & my Daughters because I'm on Disability (Because of the Justice System) & were poor & can't afford a Law Firm (at first no Law Firm had the Balls & So much conflict of interests) they keep thinking keep bullying us & terrorize us because plus I have waived fee they charge me at the Hall of Justice & they throw out & Dont file cases claims & Documents I have filed. But Everyone just thinks they know Everything Everyone all knows when anything happens in this County

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No    yes please

I declare under penalty of perjury that the foregoing is true and correct.

10/16/2023     *Barbaraellen Wilson*
Date               Signature

Barbaraellen Wilson
Printed Name

please Dont Dismiss my case.. Because of everyones personal problems + everyones Sabatage + Violating all our civil Rights Because were poor + also there was always a ton of jealousy envy + resentment... from the beginning + in the beginning,

4

(7)

And I dont give a care about Money or me at all except for my Daughter & 4 Grandchildren & I will & am getting Justice for my Daughter & I am 24/7 fighting for... every thing

But as for the Saw Lilyann last Fri, I was leaving at 4:30 & I always have 2 extremely heavy bags & as I was picking up each of my 2 bags I have a hard Time with them even Breathing so there was also Noone around at all & when I started walking away Security came & asked me "why are you screaming & yelling?" & I was amazed!!! & I said "Excuse me!" & I clearly felt & I knew they wanted to start shit again & I also Know that they were setting me up to have a reason to slander me & suspend me again to Sah

stage all my cases again Because it was all lies & there was no hollering screaming & yelling at all. & So while I was walking out I told Security "You people have always Discriminated against me except the only one was Valerie & any time she did anything for me or gave me any info all of you would get & tell her to not help me any more. & Valerie would get yelled to all the time & they or anyone had nothing at all to say about me or my Daughter. & So & the Security Blocked me out & he & I told him "what are you gonna do now? Setting me up with lies to Suspend me Because & purposely Knowingly with Michael Sabatage & nix my cases & the it was Randy filing in the D.C. Cort

against SDPC, Hus ex not L.J. That woman called me back & was a sweetheart to. But against my last 2 leasing office Maitress, the Butchers the first ones Jaw Ferm & Hex I decided I should also tell our whole story from N.H. to Cali to Kansas. But Kansas needs to be dealt with accordingly by stealing & murdering my daughters life & Save. Look at her 6 Aunts, 40 thousand pitchers & pieces ... of my only life, my Baby & her L/Bodies together, not together. Before & after. It's Sick.

But there was never at the Jaw Jeffray any incident with my ex, ex Daughter or any baby. It's all, Standly & was on Sept 1st. It was 90 Degrees out & I just Left my pocket book & papers I was working on for 1 min to go across the St. Her

ice, + the Day Before Dave told me not to leave my belongings began for 1 1/2 hrs I was at the Hall of Justice + didn't really know how long I was there + I ask + always have been very nice + polite + quiet pretty much quiet + polite to everyone at all times + they at the jail Tiffany always makes me feel + look dumb all the time + they always also when I ask any of them one thing they make a big deal out of it + I don't show that it bothers me + I never let it or show. Valerie was the only normal + nice one + she went to a four femt 2 or 1 years ago.

I need also I Bought 3 50.00 each Jelway copying/printing.. cards + the last suspension + the

only one that Gina would not give me a dime back & I told her I don't have any more money & need to do some stuff done that wk. She still screwed us. She is the one that typed up these 2 letters & I'm telling you she totaly shafted me for no reason at all & today I had to get alot done & the fact I told them I-k years what's going on in Ks & all my printing & reelection my stolen mail that the U-S Dist. couch sent me & all my 3 boxes I need to read & all my notes & every thing on them K-S leg. Suit.

I want to replace the Law Library ASAP & $500. worth of copying & printing. & that's it.

I'm Sorry But I cant go to the Law Library to Do the Cruel River Sheet, citations, Statues & anything...! Realy

Mailing adds: uptown

Rubaroetter
Nelson
619-414-2348
3725 3rd St
San Diego, Ca
92104