


Everyone especially this woman has always discriminated against me except Valerie, & none would help me at all Except Valerie @ Law office now.

**BOARD OF TRUSTEES**

EXECUTIVE OFFICERS

PRESIDENT
Carla DiMare
Law Office of Carla DiMare, APC

VICE PRESIDENT
Kimberly D. Howatt
California American Water

TREASURER
Lorena Slomanson
Legal Aid Society of San Diego

ASSISTANT SECRETARY TO THE BOARD
David Whelan
Director

MEMBERS

Judge David Berry
San Diego Superior Court

Judge Rachel Cano
San Diego Superior Court

Mara W. Elliott
Office of the San Diego City Attorney

Judge David M. Gill
San Diego Superior Court

Judge Euketa Oliver
San Diego Superior Court

Judge Lisa Rodriguez
San Diego Superior Court

Date: Sept. 1, 2023
TO: **Barbaraellen Wilson**
Re: 30 DAYS suspension

This letter constitutes official notice that you are suspended from the San Diego Law Library for 30 DAYS because you have demonstrated a complete disregard for the rules and policies of this library (See attached Rules of Conduct). Your suspension is effective upon receipt of this letter.

I did not receive a copy of rules.

All library users are expected to follow all Law Library policies including the attached Rules of Conduct, in this instance, your conduct on Sept 1, 2023 at approx.. 10:15am at the Downtown Law Library has violated the following rules: leaving items unattended in the library.

Just an appeal procedure

You were warned by staff on August 31, 2023 after you left your items unattended for 2 hours in the library not to do it again as we cannot store your items and have to treat unattended items as a potential bomb threat. On the morning of Sept. 1, 2023 you again left your items unattended.

It was my Pocket Book while I got ice 2 min

**By your conduct, you have demonstrated a complete disregard of our rules and policies and for this reason; you are immediately suspended from entering the San Diego Law Library for a period of 30 DAYS**. During the suspension period be advised that you retain access to legal resources through our website with its multitude of links, research guides, forms and online user manuals. www.sandiegolawlibrary.org

If you do enter the San Diego Law Library during your suspension period, you will be considered a trespasser, the appropriate law enforcement agency will be notified, and you will be subject to prosecution. The Director of Libraries has the final say on the application of Law Library suspension rules for violations of the Patron Rules of Conduct, per authorization of the Law Library's Board of Trustees. You may appeal this suspension in writing to Director David Whelan, if received within 15 days from the date this letter is provided to you.

Be advised that any further violation of Law Library rules on your part may lead to suspension of your library privileges for up to one year and/or a restraining order. We value our patrons and are concerned when anyone risks their library privileges by continuing to disregard our rules and policies. We ask that you please abide by our rules in the future, and hope that you will.

Sincerely,

Gina Catalano
Assistant Director, User Experience

I have never seen these Rules + /or Policy & this letter never had the rules & Policy with it 10/16/23.

I wasn't warned not to do it again, I was told it was 2 hrs & I didn't realize

P.S. and I asked if I could return my 3 Library cards for 1/2 my money back 50. each said yes. no. I droped off my Pocketbook for 30 Seconds to get a cup of ice next door 85% signed out + when I walked in She said 1 year




# APPEALS PROCEDURE

The Director of the Law Library, or the Director's designee, shall have the authority to order the removal of any person from all locations of the Library for any violation of policies and rules of conduct. The person removed pursuant to this order shall not enter the buildings, premises, or grounds of any location of the Library the remainder of the business day or the period of time as may be specified by the Director or the Director's designee in writing.

The Director and the Director's designee shall have the authority to suspend a person's privileges to use the Library and its branches for such period of time as she/he determines to be appropriate for violation of any policies and rules of conduct. Any suspension shall be in writing. A suspension of thirty days or less shall be final. Any person who re-enters any Library location during the term of his/her suspension shall be considered a trespasser.

During the suspension period be advised that you retain access to legal resources through our website with its multitude of links, research guides, forms and online user manuals. www.sandiegolawlibrary.org

Any person who has been suspended from the Library for a period of thirty-one or more days for any violation of policies and rules of conduct may file an appeal with the Board of Trustees. Such appeal shall be in writing and shall be submitted to the Director within 15 days of the date of the order of suspension and shall contain a brief description of the reasons for the appeal and why the suspension should be modified or overturned. The term of the suspension is not reduced or delayed by filing the appeal. The Library Board of Trustees shall designate a person to serve as hearing officer and to hear the appeal.

Such hearing officer shall be either a member of the Board of Trustees or such other person as the Board of Trustees determines is qualified to hear the appeal. The hearing officer shall conduct the hearing and provide a decision within 30 days of the filing of the appeal to ensure a timely resolution of the appeal. The decision of the hearing officer shall be reported to the Board of Trustees, the Director of the Law Library, and the person appealing the decision. The decision of the hearing officer shall be final.

These Rules of Conduct have been approved by the San Diego Law Library Board of Trustees at a regular meeting held on June 21, 2017.

Judge David Berry
President of the Board of Trustees

John W. Adkins
Director of Libraries &
Assistant Secretary to the Board

The Letter & this appeals process
Directors is all I got & I wasnt allowed to appeal this

I just received this "Rules & Procedures") today at 12:pm? @ the Law Library

Todays date 10/5/23 Thurs 4 days after the 30 days.

SAN DIEGO
# LAW LIBRARY
Law Made Public

# PATRON RULES OF CONDUCT

The San Diego County Public Law Library has adopted the following Rules of Conduct.

All Law Library patrons are expected to follow all Law Library policies including these Rules of Conduct.

The term Law Library, or Library, as used in this policy means all branches of the San Diego County Public Law Library.

Unacceptable behavior may result in physical removal or exclusion from the Law Library. The Law Library staff is authorized to determine what constitutes unacceptable behavior. Unacceptable behavior includes the following:

3 of 3

1. Engaging in any illegal activity on Library premises.
2. Carrying or displaying weapons on Library premises.
3. Disturbing, intimidating, or harassing Library patrons or staff.
4. Engaging in lewd conduct including flashing, petting, or sexually oriented gestures, sounds, or comments on Library premises.
5. Stealing, vandalizing, damaging, or defacing Library facilities, equipment, property, or materials
6. Maliciously accessing, altering, deleting, damaging, or destroying a Library computer system, network, computer program, or data.
7. Exhibiting intoxication or drunken behavior on Library premises.
8. Consuming or possessing alcoholic beverages, marijuana in any form, or illegal drugs on Library premises.
9. Smoking tobacco or marijuana, vaping, or chewing tobacco in the Library.
10. Using sounds or images in a way that disturbs Library patrons or staff. Disturbing images include obscene or sexually explicit materials on cell phones, tablets, computers, and similar technology.
11. Using cell phones or other electronic devices in Library areas that disrupt the work of others.
12. Engaging in loud conversation or using abusive language in the Library.
13. Having personal hygiene that is so offensive as to constitute a nuisance to Library patrons or staff.
14. Using Library restrooms inappropriately. Inappropriate use includes bathing or washing clothes.
15. Soliciting, panhandling, sleeping, or loitering in the Library or on Library premises.
16. Bringing shopping carts or wheeled conveyances into the Library. Wheelchairs and trial briefcases with collapsible luggage carriers are permitted.
17. Bringing into the Library bedrolls, blankets, luggage, containers, packages, parcels, or bundles which singly or collectively exceed 26" x 17" x 9" or any items that pose a potential safety hazard to Library patrons or staff.
18. Bringing animals other than service animals onto Library premises.
19. Wearing inappropriate attire in the Library.
20. Distributing printed material or taking photos in the Library without prior authorization from the Law Library Administration or a designated representative.
21. Bringing food or drinks in non-spill proof containers into the Library, or eating in the Library, except during Library-sponsored events.
22. Leaving children (below 14 years of age) unsupervised at any time in the Library.
23. Refusing to submit to a search or inspection or to leave the Library when asked.

Any person who violates these rules may be asked to leave or be removed from the Law Library by the Law Library staff, security guard, or peace officer. The person removed shall not enter the on-site Library premises for a period of time as specified by the Director of the Law Library or the Director's designee. Violation or repetitive violation of any of these rules shall result in suspension of that person's library privileges for such period of time as deemed appropriate by the Law Library. Any person who refuses to leave when asked or re-enters the building during the term of his or her suspension shall be considered a trespasser. In such case, law enforcement will be notified and the person will be prosecuted to the full extent of the law.

A copy of these Rules of Conduct shall be posted at the Law Library's entrance.

These Rules of Conduct have been approved by the San Diego Law Library Board of Trustees at a regular meeting held on June 21, 2017.

d/16/23

Judge David Berry
President of the Board of Trustees

John W. Adkins
Director of Libraries &
Assistant Secretary to the Board of Trustees

this list of conduct there isn't
of the 2 violations in these 2 violations



They have never Posted at the Library or with my 2 letters any policy & all these 2 violations is not in Rule

**BOARD OF TRUSTEES**

**EXECUTIVE OFFICERS**

PRESIDENT
Carla DiMare
Law Office of Carla DiMare, APC

VICE PRESIDENT
Kimberly D. Howatt
Gordon Rees Scully Mansukhani LLC

SECRETARY
Null
Null

TREASURER
Lorena Slomanson
Legal Aid Society of San Diego

ASSISTANT SECRETARY TO THE BOARD
David Whelan
Director of Libraries

**MEMBERS**

Judge David M. Gill
San Diego Superior Court

Judge Julia Craig-Kelety
San Diego Superior Court

Judge Maryann D'Addezio
San Diego Superior Court

Mara W. Elliott
Office of the San Diego City Attorney

Rachel Cano
San Diego Superior Court

Date: Friday, October 13, 2023
TO: Barbaraellen Wilson
Re: **1 YEAR SUSPENSION**

This letter constitutes official notice that you are suspended from the San Diego Law Library for ONE YEAR because you have demonstrated a complete disregard for the rules and policies of this library (See attached Rules of Conduct). Your suspension is effective upon receipt of this letter.

All library users are expected to follow all Law Library policies including the attached Rules of Conduct, in this instance, your conduct on 10/13/23 at the Downtown Law Library has violated the following rules: #3, disturbing, intimidating, or harassing Library patrons or staff, and #12, engaging in loud conversation or using abusive language.
On 10/13/23 at approximately 4:30PM, you were in the reading room and started yelling and using obscenities disrupting other patrons and staff. There are several other recent occasions that you have violated our rules. You were recently served a 30-day suspension for leaving your property unattended two days in a row after being advised by staff of the violation (8-31-23). On 8-7-23, after an outburst of loud obscenities in the Lounge area you were warned that your behavior will not be tolerated at our library.

This is all lies + any of it never happened + I am so violated

**By your conduct, you have demonstrated a complete disregard of our rules and policies and for this reason; you are immediately suspended from entering the San Diego Law Library for a period of ONE YEAR.** During the suspension period be advised that you retain access to legal resources through our website with its multitude of links, research guides, forms and online user manuals. www.sandiegolawlibrary.org

If you do enter the San Diego Law Library during your suspension period, you will be considered a trespasser, the appropriate law enforcement agency will be notified, and you will be subject to prosecution. The Director of Libraries has the final say on the application of Law Library suspension rules for violations of the Patron Rules of Conduct, per authorization of the Law Library's Board of Trustees. You may appeal this suspension in writing to Director David Whelan, if received within 15 days from the date this letter is provided to you.

Be advised that any further violation of Law Library rules on your part may lead to a further suspension of your library privileges. We value our

1105 Front Street San Diego, CA 92101
Tel. 619-531-3900 Fax: 619-239-1563 Web: http://www.sandiegolawlibrary.org

Library Renovations Donated in Memory of Edgar B. Hervey

patrons and are concerned when anyone risks their library privileges by continuing to disregard our rules and policies. We ask that you please abide by our rules in the future, and hope that you will.

Sincerely,

Gina Catalano
Assistant Director, User Experience

1105 Front Street San Diego, CA 92101
Tel. 619-531-3900 Fax: 619-239-1563 Web: http://www.sandiegolawlibrary.org
**NORTH COUNTY BRANCH** 325 S. Melrose Drive, Ste. 300, Vista

Library Renovations Donated in Memory of Edgar B. Hervey




# PATRON RULES OF CONDUCT

The San Diego County Public Law Library has adopted the following Rules of Conduct.

All Law Library patrons are expected to follow all Law Library policies including these Rules of Conduct.

The term Law Library, or Library, as used in this policy means all branches of the San Diego County Public Law Library.

Unacceptable behavior may result in physical removal or exclusion from the Law Library. The Law Library staff is authorized to determine what constitutes unacceptable behavior. Unacceptable behavior includes the following:

1. Engaging in any illegal activity on Library premises.
2. Carrying or displaying weapons on Library premises.
3. Disturbing, intimidating, or harassing Library patrons or staff.
4. Engaging in lewd conduct including flashing, petting, or sexually oriented gestures, sounds, or comments on Library premises.
5. Stealing, vandalizing, damaging, or defacing Library facilities, equipment, property, or materials
6. Maliciously accessing, altering, deleting, damaging, or destroying a Library computer system, network, computer program, or data.
7. Exhibiting intoxication or drunken behavior on Library premises.
8. Consuming or possessing alcoholic beverages, marijuana in any form, or illegal drugs on Library premises.
9. Smoking tobacco or marijuana, vaping, or chewing tobacco in the Library.
10. Using sounds or images in a way that disturbs Library patrons or staff. Disturbing images include obscene or sexually explicit materials on cell phones, tablets, computers, and similar technology.
11. Using cell phones or other electronic devices in Library areas that disrupt the work of others.
12. Engaging in loud conversation or using abusive language in the Library.
13. Having personal hygiene that is so offensive as to constitute a nuisance to Library patrons or staff.
14. Using Library restrooms inappropriately. Inappropriate use includes bathing or washing clothes.
15. Soliciting, panhandling, sleeping, or loitering in the Library or on Library premises.
16. Bringing shopping carts or wheeled conveyances into the Library. Wheelchairs and trial briefcases with collapsible luggage carriers are permitted.
17. Bringing into the Library bedrolls, blankets, luggage, containers, packages, parcels, or bundles which singly or collectively exceed 26" x 17" x 9" or any items that pose a potential safety hazard to Library patrons or staff.
18. Bringing animals other than service animals onto Library premises.
19. Wearing inappropriate attire in the Library.
20. Distributing printed material or taking photos in the Library without prior authorization from the Law Library Administration or a designated representative.
21. Bringing food or drinks in non-spill proof containers into the Library, or eating in the Library, except during Library-sponsored events.
22. Leaving children (below 14 years of age) unsupervised at any time in the Library.
23. Refusing to submit to a search or inspection or to leave the Library when asked.

Any person who violates these rules may be asked to leave or be removed from the Law Library by the Law Library staff, security guard, or peace officer. The person removed shall not enter the on-site Library premises for a period of time as specified by the Director of the Law Library or the Director's designee. Violation or repetitive violation of any of these rules shall result in suspension of that person's library privileges for such period of time as deemed appropriate by the Law Library. Any person who refuses to leave when asked or re-enters the building during the term of his or her suspension shall be considered a trespasser. In such case, law enforcement will be notified and the person will be prosecuted to the full extent of the law.

A copy of these Rules of Conduct shall be posted at the Law Library's entrance.

These Rules of Conduct have been approved by the San Diego Law Library Board of Trustees at a regular meeting held on June 21, 2017.

Judge David Berry
President of the Board of Trustees

John W. Adkins
Director of Libraries &
Assistant Secretary to the Board of Trustees




# APPEALS PROCEDURE

The Director of the Law Library, or the Director's designee, shall have the authority to order the removal of any person from all locations of the Library for any violation of policies and rules of conduct. The person removed pursuant to this order shall not enter the buildings, premises, or grounds of any location of the Library the remainder of the business day or the period of time as may be specified by the Director or the Director's designee in writing.

The Director and the Director's designee shall have the authority to suspend a person's privileges to use the Library and its branches for such period of time as she/he determines to be appropriate for violation of any policies and rules of conduct. Any suspension shall be in writing. A suspension of thirty days or less shall be final. Any person who re-enters any Library location during the term of his/her suspension shall be considered a trespasser.

During the suspension period be advised that you retain access to legal resources through our website with its multitude of links, research guides, forms and online user manuals. www.sandiegolawlibrary.org

Any person who has been suspended from the Library for a period of thirty-one or more days for any violation of policies and rules of conduct may file an appeal with the Board of Trustees. Such appeal shall be in writing and shall be submitted to the Director within 15 days of the date of the order of suspension and shall contain a brief description of the reasons for the appeal and why the suspension should be modified or overturned. The term of the suspension is not reduced or delayed by filing the appeal. The Library Board of Trustees shall designate a person to serve as hearing officer and to hear the appeal.

Such hearing officer shall be either a member of the Board of Trustees or such other person as the Board of Trustees determines is qualified to hear the appeal. The hearing officer shall conduct the hearing and provide a decision within 30 days of the filing of the appeal to ensure a timely resolution of the appeal. The decision of the hearing officer shall be reported to the Board of Trustees, the Director of the Law Library, and the person appealing the decision. The decision of the hearing officer shall be final.

These Rules of Conduct have been approved by the San Diego Law Library Board of Trustees at a regular meeting held on June 21, 2017.

Judge David Berry
President of the Board of Trustees

John W. Adkins
Director of Libraries &
Assistant Secretary to the Board